AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF FLORIDA

RICKIE DWIGHT MANESS,

PLAINTIFF,

V.

TAMPA SPORTS AUTHORITY; CITY OF TEMPLE TERRACE; SCOTT WORTON, in his individual capacity as a Temple Terrace Police Officer, and TODD LYONS, in his individual capacity as a Temple Terrace Police Officer

DEFENDANTS.

Alias
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 8:08-cv-518-T-23-MSS

RECEIVED 08 JUN 17 PM 2:06

TO: Officer Todd Lyons
4040 Spring Valley Road
Apartment 106C
Dallas, TX 75244

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

Matthew P. Farmer, Esq.
FARMER & FITZGERALD, P.A.
708 E. Jackson St.
Tampa, FL 33602

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

SHERYL L. LOESCH                                    JUN 17 2008
CLERK                                               DATE
    /s/ Liz Vasquez
(BY) DEPUTY CLERK