UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKIE DWIGHT MANESS,

     Plaintiff,

v.                                        CASE NO: 8:08-CV-518-T-23MSS

TAMPA SPORTS AUTHORITY, et al.,

     Defendants.

_____/

## **ORDER**

Following the defendant Todd Lyons's answer (Doc. 27), on July 18, 2008, the plaintiff served and filed an amended complaint (Doc. 28). The plaintiff failed to obtain leave of court, and the plaintiff provides no indication that the defendants consented in writing to the filing of the amended complaint. See Rule 15(a), Federal Rules of Civil Procedure. Accordingly, the unauthorized amended complaint (Doc. 28) is **STRICKEN**, and the Clerk is directed to electronically delete docket item number 28 from the record.

ORDERED in Tampa, Florida, on September 23, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE