UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RICKIE DWIGHT MANESS,**

**Plaintiff,**

**v.**                                                Case No. **8:08-cv-518-T-23-MSS**

**TAMPA SPORTS AUTHORITY, CITY
OF TEMPLE TERRACE, SCOTT
WORTON, and TODD LYONS,**

**Defendants.**

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on March 12, 2009. Plaintiff and his trial counsel, the claims representatives and trial counsel for the City and the Officers, and the claims representative and trial counsel for the Sports Authority attended and participated.

The parties have agreed to reconvene the mediation at or around the time of the discovery cutoff.

Done March 16, 2009 in Tampa, Florida.

Respectfully submitted,

/s/ Peter J. Grilli
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002   Fax: 813.874.1131
email: meditr@aol.com

I HEREBY CERTIFY that March 16, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

Matthew P. Farmer, Esquire                Erica Vitsky, Esquire

Robert M. Stoler, Esquire                 Richard M. Zabak, Esquire
Matthew L. Wilson, Esquire                Robert H. Bonanno, Jr., Esq.


/s/ Peter J. Grilli
Peter J. Grilli, Esq.