# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

RICKIE DWIGHT MANESS,

      Plaintiff,             :

v.                        :    CASE NO.: 8:08-cv-518-T-23TBM

TAMPA SPORTS AUTHORITY; CITY    :
OF TEMPLE TERRACE; SCOTT      :
WORTON, in his individual capacity as a  :
Temple Terrace Police Officer; and TODD  :
LYONS in his individual capacity as a    :
Temple Terrace Police Officer,        :

      Defendants.            :

---

## NOTICE OF RECONVENED MEDIATION

Notice is given that the parties have scheduled to reconvene mediation on June 5, 2009 at

1:30 p.m. at mediator Peter Grilli's office located at 3001 West Azeele Street, Tampa, FL 33609.

Respectfully submitted,

FARMER & FITZGERALD, P.A.

/s MATTHEW P. FARMER, ESQ.
Matthew P. Farmer, Esq.
FL Bar No. 0793469
708 E. Jackson St.
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically on the 25th day of March, 2009  to the following:

Matthew Wilson, Esq.
mwilson@wsmlaw.com

Erica Vitsky, Esq.
erica.vitsky@ruden.com

Peter Grilli, Esq.
meditr@aol.com


/s MATTHEW P. FARMER, ESQ.
COUNSEL