```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

**RICKIE DWIGHT MANESS,**

      **Plaintiff,**

**v.**                                        **Case No. 8:08-cv-518-T-23-TBM**

**TAMPA SPORTS AUTHORITY, CITY
OF TEMPLE TERRACE, SCOTT
WORTON, TODD LYONS,**

      **Defendants.**

                                 /

## MEDIATION REPORT

      In accordance with the Court's mediation order, a mediation conference was held on July 28, 2009 with additional discussions thereafter. Plaintiff and his trial counsel, the claims representatives for the City of Temple Terrace and the individual officers, and their trial counsel, and the claims representative of the Tampa Sports Authority and its trial counsel attended and participated. Each representative had the requisite authority.

      <u>The case has been settled as to the City of Temple Terrace, Worton and Lyons. It remains pending as to the Sports Authority.</u>

      Done July 30, 2009 in Tampa, Florida.

                                  Respectfully submitted,

                                  <u>/s/ Peter J. Grilli</u>
                                  Peter J. Grilli, Esq.
                                  Florida Bar No. 237851
                                  Mediator
                                  3001 West Azeele Street
                                  Tampa, Florida 33609
                                  813.874.1002   Fax: 813.874.1131
                                  email: meditr@aol.com

    I HEREBY CERTIFY that July 30, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Matthew P. Farmer, Esquire | Matthew L. Wilson, Esquire |
| | Robert M. Stoler, Esquire |
| Erica Vitsky, Esquire | |

                                              /s/ Peter J. Grilli
                                              Peter J. Grilli, Esq.