IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| RICKIE DWIGHT MANESS, | : |
| Plaintiff, | : |
| v. | : CASE NO: 8:08-cv-518-T-23TBM |
| TAMPA SPORTS AUTHORITY; CITY OF TEMPLE TERRACE; SCOTT WORTON, in his individual capacity as a Temple Terrace Police Officer, and TODD LYONS in his individual capacity as a Temple Terrace Police Officer, | : |
| Defendants. | : |

**PLAINTIFF'S NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANTS
CITY OF TEMPLE TERRACE, WORTON, AND LYONS**

Plaintiff, though his undersigned counsel and pursuant to Local Rule 3.08(a), hereby gives notice of settlement of his claims against defendants City of Temple Terrace, Scott Worton, and Todd Lyons.

Respectfully submitted,

/s MATTHEW FARMER, ESQ.
Matthew P. Farmer, Esq.
FL Bar No. 793469
Farmer & Fitzgerald, P.A.
708 E. Jackson St.
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the original of the foregoing has been furnished via electronic mail this __3rd__ day of September, 2009 to the following:

Matthew Wilson, Esq.
mwilson@wsmlaw.com

Erica Vitsky, Esq.
erica.vitsky@ruden.com


/s MATTHEW P. FARMER, ESQ.
COUNSEL