## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RICKIE DWIGHT MANESS,                        :

      Plaintiff,                               :

                                :

v.                                           :   CASE NO: 8:08-cv-518-T-23TBM

                                :

TAMPA SPORTS AUTHORITY; CITY                 :
OF TEMPLE TERRACE; SCOTT                      :
WORTON, in his individual capacity as a       :
Temple Terrace Police Officer, and            :
TODD LYONS in his individual capacity         :
as a Temple Terrace Police Officer,           :

                                :

      Defendants.                              :

---

## PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF DEFENDANTS CITY OF TEMPLE TERRACE, WORTON, AND LYONS

Plaintiff, through his undersigned counsel, hereby moves to dismiss voluntarily defendants City of Temple Terrace, Scott Worton, and Todd Lyons.

The defendant's counsel, Matthew Wilson, has no objection to the relief sought by this motion.

Plaintiff has resolved his claims against the defendants amicably. Plaintiff moves for the voluntary dismissal of his claims against these defendants with prejudice, with plaintiff and all of these defendants to bear their own attorneys' fees and costs.

### MEMORANDUM OF LAW

Plaintiff relies on Fed. R. Civ. P. 41(a)(2).

WHEREFORE, plaintiff moves without opposition to dismiss his claims against City of Temple Terrace, Worton, and Lyons.

Respectfully submitted,


/s MATTHEW FARMER, ESQ.
Matthew P. Farmer, Esq.
FL Bar No. 793469
Farmer & Fitzgerald, P.A.
708 E. Jackson St.
Tampa, FL 33602
(813) 228-0095
FAX (813) 224-0269
MattFarmer1@aol.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of the foregoing has been furnished via electronic mail this __3rd__ day of September, 2009 to the following:


Matthew Wilson, Esq.
mwilson@wsmlaw.com

Erica Vitsky, Esq.
erica.vitsky@ruden.com




/s MATTHEW P. FARMER, ESQ.
COUNSEL

2