UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKIE DWIGHT MANESS,

    Plaintiff,

v.                            CASE NO: 8:08-cv-518-T-23TBM

TAMPA SPORTS AUTHORITY, et al.,

    Defendants.
_____/

## ORDER

Pursuant to Rule 41(a), Federal Rules of Civil Procedure, the plaintiff moves unopposed to dismiss with prejudice the plaintiff's claims against the defendants City of Temple Terrace, Scott Worton, and Todd Lyons. The motion (Doc. 72) is **GRANTED**. The plaintiff's claims against the defendants City of Temple Terrace, Scott Worton, and Todd Lyons are **DISMISSED WITH PREJUDICE**, and the City of Temple Terrace, Scott Worton, and Todd Lyons are **DISMISSED** as parties to this action.

ORDERED in Tampa, Florida, on September 4, 2009.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE